IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| KATHLEEN ADAMS, individually, as Personal Representative of the Estate of Jay Thomas Allen; and as Guardian of Jaylynne Allen, T'Jay Allen, and Lane Allen; JOHN ALLEN; and DIANA ALLEN, | ) ) ) ) ) ) ) | CV 08-42-M-DWM |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

Pursuant to Stipulation of the parties that the above-captioned case has been fully compromised and settled on the merits,

IT IS HEREBY ORDERED that the case is DISMISSED WITH PREJUDICE.

Each party shall bear its own costs and attorney fees.

The Clerk of Court is directed to close the case.

DATED this 18th day of May, 2010.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT